UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ISRAEL NEGRON TORRES, et al.
    Plaintiffs

        v.                                    Civil No. 96-1859(SEC)

NEW CASTLE TRAILERS, INC., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #29** **Motion in Reconsideration** | **Denied.** Plaintiffs have not demonstrated good cause to excuse their extremely indolent prosecution of this case. Even assuming that the conduct of plaintiffs' previous attorney could not be attributed to them, we note that new counsel has handled the case for five months and service has not been effected on defendants in a case that was filed well over three years ago. The Court warned plaintiffs that failure to comply with the final extension of time to serve of September 20, 1999 would result in the dismissal of the case and plaintiffs did not comply with said deadline, nor did they so notify the Court and excuse the delay. For the above stated reasons and those we outlined in our judgment of September 22, 1999, plaintiffs' motion for reconsideration is **DENIED.** |

DATE: October 1st, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:          EOD:

By:          # 30

(2)