# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Israel Negrón Torres, et al.
Plaintiff(s)

vs.

Civil No. 96-1859 (SEC)

New Castle Trailers, et al.
Defendant(s)

RECEIVED & FILED
1999 OCT -7 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## DESCRIPTION OF MOTION

DATE FILED: 10/5/99   DOCKET: 31   TITLE: Motion in Petition to Let Plaintiff File Summons

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED                    [✓] DENIED

[ ] NOTED                      [ ] MOOT

ADDITIONAL COMMENTS:

Plaintiffs' Motion for Reconsideration was denied on October 4, 1999 (Docket #30)

10/6/99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

32